# AFFIDAVIT OF SERVICE

| Case:<br>6:25-cv-02036-AP | Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON | County: | Job:<br>14548219 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Chet Michael Wilson | | Defendant / Respondent:<br>Cirkul, Inc | |
| Received by:<br>Delaware Detective Group, LLC | | For:<br>Perrong Law, Esq | |
| To be served upon:<br>Cirkul, Inc | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jessica Davis, Corporate: 108 Lakewood Avenue, Dover, Delaware 19901

**Manner of Service:** Registered Agent, Nov 5, 2025, 11:28 am EST

**Documents:** Summons in a Civil Action, Class Action Complaint, Demand for Jury Trial, Civil Cover Sheet, Civil Case Assignment Order, Discovery and Pretral Scheduling OrderFed.R.Civ.P.26(a)(1) Discovery Agreement, Declination of Consent to Jurisdiction of a Magistrate Judge, Civil Case Management Time Schedules

**Additional Comments:**
1) Successful Attempt: Nov 5, 2025, 11:28 am EST at Corporate: 108 Lakewood Avenue, Dover, Delaware 19901 received by Jessica Davis. Age: 40's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Intake Specialist;

_____     11/7/25
Stephen Kempski                Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678