Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CIRKUL INC.,<br><br>  Defendant. | Civil No. 6:25-cv-02036-AP<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for Defendant conferred with counsel for Plaintiff, who does not oppose this Motion.

**MOTION**

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise, and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant Cirkul Inc. ("Defendant") respectfully moves this Court, unopposed, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned matter to and

PAGE 1 –  UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
              ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

including December 23, 2025.  This extension does not affect any other deadlines.  This is Defendant's first request for extension in this action.

## MEMORANDUM

This action was filed on November 2, 2025, and Defendant was served on November 5, 2025.  Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is currently November 26, 2025.

Defendant respectfully requests that this Court grant an extension of time to respond to Plaintiff's Complaint, making Defendant's new deadline to answer, move, or otherwise respond to Plaintiff's Complaint December 23, 2025.  Plaintiff has agreed to this request.  Defendant's counsel was engaged very recently and seeks additional time to investigate the facts and claims alleged in Plaintiff's Complaint.  This extension is not sought for purposes of undue delay.  In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to Plaintiff's Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint or to move to compel arbitration of these proceedings.

Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to December 23, 2025.

DATED:  November 19, 2025.

        TONKON TORP LLP

        By: _s/ Jeffrey G. Bradford_
            Jeffrey G. Bradford, OSB No. 133080
            Direct:  503.802.5724
            Email:  jeff.bradford@tonkon.com
            *Attorneys for Defendant*