Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CIRKUL INC.,<br><br>        Defendant. | Civil No. 6:25-cv-02036-AP<br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for Defendant conferred with counsel for Plaintiff, who does not oppose this Motion.

**MOTION**

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise, and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant Cirkul Inc. ("Defendant") respectfully moves this Court, unopposed, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned matter to and

including January 22, 2026. This extension does not affect any other deadlines. This is Defendant's second request for extension in this action.

## MEMORANDUM

This action was filed on November 2, 2025, and Defendant was served on November 5, 2025. On November 21, 2025, this Court granted Defendant's first Unopposed Motion for Extension of Time (ECF No. 8). Defendant's current deadline to answer, move, or otherwise respond to Plaintiff's Complaint is December 23, 2025.

Defendant respectfully requests that this Court grant a second extension of time to respond to Plaintiff's Complaint, making Defendant's new deadline to answer, move, or otherwise respond to Plaintiff's Complaint January 22, 2026. Plaintiff has agreed to this request.

This extension is not sought for purposes of undue delay. The Parties are in the process of discussing a potential resolution of this dispute, which may obviate the need for responding to the Complaint if successful. Defendant seeks an extension so that the Parties can pursue those discussions without incurring additional legal expenses or burdening the Court or its resources with motion practice. An extension will promote efficiency and judicial economy by allowing the Parties to explore resolution, as well as to prepare an appropriate responsive pleading if needed, and enable the Parties to further evaluate the claims at issue, without the Parties or the Court being impacted or incurring additional burden or costs.

In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to Plaintiff's Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint or to move to compel arbitration of these proceedings.

Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to January 22, 2026.

DATED: December 17, 2025.

        TONKON TORP LLP

        By: *s/ Jeffrey G. Bradford*
            Jeffrey G. Bradford, OSB No. 133080
            Direct: 503.802.5724
            Email: jeff.bradford@tonkon.com
        *Attorneys for Defendant*