**Jeffrey G. Bradford**, OSB No. 133080
jeff.bradford@tonkon.com
**TONKON TORP LLP**
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724
Facsimile: (503) 274-8779

**Lauri A. Mazzuchetti**, *Pro Hac Vice*
lmazzuchetti@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950

**Damon W. Suden**, *Pro Hac Vice*
dsuden@kelleydrye.com
**Frances V. McDonald**, *Pro Hac Vice*
fmcdonald@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7987

*Attorneys for Defendant Cirkul, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**CIRKUL, INC.**,<br><br>        Defendant. | Civil No. 6:25-cv-02036-AP<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE** |

PAGE 1 – DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cirkul, Inc. ("Cirkul"), through its attorneys, Tonkon Torp LLP and Kelley Drye & Warren LLP, provides the following disclosures:

1. Cirkul is a private, non-governmental entity.

2. Cirkul is a Delaware corporation with its principal place of business in Tampa, FL.

3. Cirkul is not a subsidiary or affiliation of any publicly owned corporation.

4. No other publicly held corporation has an ownership interest of ten percent (10%) or more in Cirkul.

DATED: January 22, 2026.

TONKON TORP LLP

By: */s/ Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB No. 133080
jeff.bradford@tonkon.com
Telephone: (503) 802-5724

KELLEY DRYE & WARREN LLP
Lauri A. Mazzuchetti, *Pro Hac Vice*
lmazzuchetti@kelleydrye.com
Damon W. Suden, *Pro Hac Vice*
dsuden@kelleydrye.com
Frances V. McDonald, *Pro Hac Vice*
fmcdonald@kelleydrye.com

*Attorneys for Defendant Cirkul, Inc.*