Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

   *Attorneys for Plaintiff,*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>**CIRKUL, INC.**,<br><br>        Defendant. | Civil No. 6:25-cv-02036-AP |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Chet Michael Wilson ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (ECF No. 17). In *Taha v. Momentive Software, Inc.,* 2026 U.S. Dist. LEXIS 54376 (C.D. Cal. March 11, 2026), the Central District of California held that the Ninth Circuit's decisions in *Satterfield* and *Howard* confirm that a text message qualifies as a "call" under the TCPA and rejected the argument that the phrase "telephone call" limits the statute to voice communications. The court explained that the Ninth Circuit has already concluded that text messaging "plainly fits within the literal definition of a 'call'" because it is "a form of communication used primarily between telephones." *Id.* at *4 (quoting *Howard v. Republican Nat'l*

*Comm.*, 164 F.4th 1119, 1124 (9th Cir. 2026)). A copy of this decision is attached as <u>Exhibit 1</u>.

Plaintiff respectfully requests that the Court consider this authority in evaluating Defendant's Motion to Dismiss.

Dated: March 18, 2026

Respectfully submitted,

<u>*/s/ Anthony I. Paronich*</u>
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*