Jeffrey G. Bradford, OSB No. 133080
jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724
Facsimile: (503) 274-8779

Attorneys for Defendant Cirkul, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHET MICHAEL WILSON, ,

           Plaintiff(s),        Case No.: 6:25-cv-02036-AP

v.

CIRKUL, INC. ,        JOINT ALTERNATIVE DISPUTE
                                RESOLUTION REPORT

           Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

   1.    Have counsel held settlement discussions with their clients and the opposing party?

   ☑Yes     ☐No

        If not, provide an explanation:

        _____

        _____

Joint Alternative Dispute Resolution Report            1
[Rev. 02/2021]

2.  The parties propose:  (*check one of the following*)

☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b)  That the Court refer this case to mediation using a Court-sponsored mediator.  (*See* LR 16-4(f) for Court-sponsored  mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☑ (c)  ADR may be helpful at a later date following completion of:

Discovery
_____

_____

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)  Other:

_____

_____

_____

Dated: April 2, 2026

By: /s/ Jeffrey G. Bradford

Jeffrey G. Bradford

By: /s/ Anthony Paronich

Anthony Paronich