Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | **6:25-cv-02036-AP** |
| | : | |
| v. | : | NOTICE OF DISMISSAL |
| | : | TCPA (47 U.S.C. § 227) |
| CIRKUL INC. | : | DEMAND FOR JURY TRIAL |
| | : | |
| Defendant. | : | |
| | : | |

Plaintiff Chet Michael Wilson, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

DATED this 9th day of July, 2026.

> *s/Andrew Roman Perrong*
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 1669 Edgewood Road, Suite 218
> Yardley, PA 19067
> 215-225-5529
> *Lead Attorney for Plaintiff and the Proposed Class*

Complaint                                    1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: July 9, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

Complaint                                        2