IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CHET MICHAEL WILSON,                                Case No. 6:25-cv-02036-MC

        Plaintiff,                                                JUDGMENT

        v.

CIRKUL INC.,

        Defendant.

_____

MCSHANE, Judge:

On July 9, 2026, Plaintiff filed a Notice of Voluntary Dismissal. ECF No. 35. A plaintiff has an absolute right to voluntarily dismiss their claim without a court order any time "before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. Pro. 41(a)(1)(A)(i); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (finding this absolute right is effective even if a defendant has filed a motion to dismiss). Here, Defendant has not filed an answer or a motion for summary judgment. Based on the record, this action is DISMISSED without prejudice. See ECF No. 35. Defendant's Motion to Dismiss, ECF No. 17, and Magistrate Judge Potter's Findings & Recommendation, ECF No. 29, are moot.

IT IS SO ORDERED.

DATED this 14th day of July 2026.

                                           s/Michael J. McShane
                                          Michael McShane
                                   United States District Judge